IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **CHEYENNE COLSON,** | : |
| **Plaintiff,** | : |
| v. | :    CASE NO: 7:23-cv-81-WLS |
| **ICDC SOUTHEAST LLC,** *et al.,* | : |
| **Defendants.** | : |

## ORDER

Pursuant to this Court's Initial Discovery Order/Rules 16 and 26 Order (Doc. 22) ("Rule 16/26 Order"), the initial discovery conference in this case is currently scheduled for Tuesday, June 18, 2024, at 3:30 p.m. It is necessary to reschedule the **time** of the conference.

Accordingly, lead counsel for the Plaintiff and Defendants and any unrepresented Party in the captioned case are **ORDERED** to appear **in-person** for an initial scheduling/discovery conference in the captioned case as follows:

**Tuesday, June 18, 2024, at <u>4:00</u> p.m**.
at the
C. B. King United States Courthouse
201 W. Broad Avenue, ALBANY, GA

The remaining provisions of the Rule 16/26 Order shall remain in effect.

**SO ORDERED**, this 13th day of June 2024.

                                                    **/s/ W. Louis Sands**
                                                    **W. LOUIS SANDS, SR. JUDGE**
                                                    **UNITED STATES DISTRICT COURT**