# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| CHEYENNE COLSON, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CASE NO.: 7:23-CV-00081 (WLS) |
| : | |
| LASALLE SOUTHEAST, LLC, *et al.*, : | |
| : | |
| Defendants. : | |

## ORDER

Previously, the Court ordered an *in camera* review of disputed personnel files and instructed Defendant to produce the files in its custody, or to which it has access, to the Court for such review. (Doc. 32). Before the files were produced, the Courtroom Deputy received a communication from an employee of Defendant LaSalle asking for clarification regarding which pay records Defendant was required to produce. Specifically, Defendant asked whether the Court required the pay records for the subject coworkers' "entire term of employment or just when their employment overlapped with the plaintiff." Ultimately, Defendant timely provided the personnel files to the Court but did not produce any documents appearing to be pay records.

Upon review, the Court believes that an issue regarding the scope of an *in camera* review is appropriate to resolve on the record. Thus, Defendant is **INSTRUCTED** to file a response to this Order, on the Docket, stating its initial question regarding the pay records for Plaintiff's coworkers and its position on which records should be produced **within seven (7) days** of the entry of this Order, or by no later than **Tuesday, April 15, 2025**. Plaintiff may then file a response stating her position on the matter **within seven (7) days** of Defendant's submission, or by no later than **Tuesday, April 22, 2025**, **whichever is earlier**.

**SO ORDERED**, this 8th day of April 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**