## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | | |
|---|---|---|
| CHEYENNE COLSON, | : | |
| Plaintiff, | : | |
| v. | : | CASE NO.: 7:23-CV-00081 (WLS) |
| LASALLE SOUTHEAST, LLC, *et al.*, | : | |
| Defendants. | : | |

### ORDER

Previously, the Court ordered an *in camera* review of disputed personnel files and instructed Defendant to produce the files in its custody, or to which it has access, to the Court for such review. (Doc. 32). Defendant timely provided the Court with said files.

In order to complete the *in camera* review and issue its ruling on the production of the personnel files, the Court requires said files to be made identifiable with bate stamps or otherwise numbered such that each document may be individually identified. Thus, Defendant is **INSTRUCTED** to resubmit the personnel files and pay records with bate stamps or page numbers to the Courtroom Deputy in the same manner as its earlier production **within seven (7) days** of the entry of this Order, or **by no later than Tuesday, July 1, 2025**.

**SO ORDERED**, this 24th day of June 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**