# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| CHEYENNE COLSON, | : |
| Plaintiff, | : |
| v. | : CASE NO.: 7:23-CV-00081 (WLS) |
| LASALLE SOUTHEAST, LLC, *et al.*, | : |
| Defendants. | : |

## ORDER

Earlier today, September 15, 2025, Court received electronic communications from the Parties, via the Courtroom Deputy, in the above-captioned case. While the Court welcomes communications that accompany filed, formal motions, the Court reminds the Parties that letters or electronic communications that contain requests for relief, responses, or other statements which should be filed on the Docket will not be considered for adjudication.

The Parties are **INSTRUCTED** to file all motions, responses, and requests for relief, including requests for extensions of deadlines, in the appropriate motion format so that the Court may formally address the matters at issue. If there is a matter of urgency or other special circumstances, the Parties may state as much in their filing for the Court's consideration. The moving party may also notify the Court in the event that the non-moving party or parties have consented to the motion or to the relief requested, or if a motion is filed jointly by all parties. Any informal letters or communications with the Court that are intended to serve as responses, requests for relief, or other similar purposes will not be accepted.

**SO ORDERED**, this 15th day of September 2025.

                                                                          /s/ W. Louis Sands
                                                                          **W. LOUIS SANDS, SR. JUDGE**
                                                                          **UNITED STATES DISTRICT COURT**