**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| CHEYENNE COLSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.:  7:23-CV-00081 (WLS) |
| | : | |
| LASALLE SOUTHEAST, LLC, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

Before the Court are two Motions to Withdraw as Co-Counsel of Record (Docs. 55 & 56), filed by Defendants on March 17 and March 30, 2026. Therein, Attorneys Deirdre C. McGlinchey, Chase E. Stoecker, and Justin K. Sauls move to withdraw as co-counsel of record, stating that their former firm has dissolved and ceased operations and they are no longer representing Defendants in this matter. The Clerk entered a Notice of Deficiency on March 17, 2026, after the first motion was filed informing counsel that they must file a notice of withdrawal, according to the Local Rules. Counsel instead filed a second motion.

Indeed, under the Local Rules of this Court, "[i]f co-counsel remains in the case, or if substitute counsel enters an appearance prior to, or contemporaneous with the withdrawal, then the attorney who wishes to withdraw as counsel for a party continuing to be represented may, and without leave of the court, withdraw from representing a party upon filing a notice of withdrawal." M.D. Ga. L.R. 83.1.4. In other words, a motion is only necessary "if withdrawal would leave the client unrepresented[.]" *Id.* Here, the motions state that Attorney Stephen P. Beiser "will remain as counsel of record for Defendants." Accordingly, the Clerk is **DIRECTED** to treat the Motions (Docs. 55 & 56) as the notice required under M.D. Ga. L.R. 83.1.4. Further, the Motions (Docs. 55 & 56) are **DENIED**, without prejudice as moot.

**SO ORDERED**, this 1st day of April 2026.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1