**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **CHEYENNE COLSON,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CASE NO:** |
| **v.** | : | **7:23-cv-81-WLS** |
| | : | |
| **ICDC SOUTHEAST LLC, *et al.*,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## ORDER

By Order (Doc. 59) entered July 30, 2026, the Court granted in part and denied in part, Defendants LaSalle Southeast, LLC and Michael Williams's Motion for Summary Judgment (Doc. 46) ("Motion"). The Court granted the Motion with respect to Counts, I, II, II, and V and thus, those claims were **DISMISSED WITH PREJUDICE**. The Court declined to exercise supplemental jurisdiction over Plaintiff's state law claims in Counts IV and VI and those claims were **DISMISSED WITHOUT PREJUDICE**.

Plaintiff's only remaining claim is Count VII for punitive damages, which was not specifically addressed in Defendant's Motion. However, where the Court dismissed Plaintiff's substantive federal claims, his derivative punitive damages claim on those claims fails as a matter of law.

Accordingly, Count VII is **DISMISSED WITHOUT PREJUDICE**. All claims having been dismissed, the Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 30th day of September 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**