IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| CHEYENNE COLSON, | * | |
| Plaintiff, | * | |
| v. | | Case No. 7:23-cv-81 (WLS) |
| | * | |
| ICDC SOUTHEAST LLC, et al., | | |
| | * | |
| Defendants. | | |
| | * | |

**JUDGMENT**

Pursuant to this Court's Order dated September 30, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 30th day of September, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk